**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **CORBY RAY BROWN,** ***et al.*****,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-00759-O-BP** |
| | § | |
| **CARRINGTON MORTGAGE SERVICES, LLC,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The Chief United States District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned Chief District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiffs' identical Motions to Remand (ECF Nos. 6-7) are **DENIED**.

**SO ORDERED** on this **17th day** of **August 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE